UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joey Edward Turner, | ) | Civil Action No. 5:13-2479-RMG-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On September 12, 2013, Plaintiff, appearing through counsel, filed this action appealing his denial of social security benefits. Defendant filed an answer and copy of the administrative record on January 17, 2014. ECF Nos. 12, 13. Plaintiff's brief in support of his appeal was due by February 21, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 12. On February 20, 2014, Plaintiff sought and received an extension, making his brief due March 24, 2014. ECF Nos. 15, 16. On March 19, 2014, Plaintiff sought and received a second extension, making his brief due April 7, 2014. ECF Nos. 18, 19. To date, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the twice-extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **April 23, 2014**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

April 9, 2014
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge