IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

|  |  |
|---|---|
| Joey Edward Turner,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 5:13-cv-02479-RMG-KDW |
| Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>) |

ORDER

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

On order of the Court, this case will be remanded to the Appeals Council. The Appeals Council will remand the case to an Administrative Law Judge with instructions to: take actions to resolve the insufficiency in the record with respect to Plaintiff's intellectual functioning in accordance with 20 C.F.R. §§ 404.1520b and 416.920b; further evaluate Plaintiff's severe medically determined impairments; reevaluate whether Plaintiff's impairments, singly or in combination, meet or equal the medical severity of a listed impairment in 20 C.F.R. Part 404, Subpart P, Appendix 1; further evaluate Plaintiff's maximum residual functional capacity in accordance with 20 C.F.R. §§ 404.1545 and 416.945, and Social Security Rulings 96-8p, 96-7p, and in so doing, further evaluate the medical and other opinions of record in accordance with 20

1

C.F.R. §§ 404.1527 and 416.927, and Social Security Rulings 96-2p, 96-5p, 96-6p, and 06-03p; further evaluate whether Plaintiff's allegations concerning his symptoms are credible in accordance with Social Security Rulings 96-3p and 96-7p; and if warranted, obtain supplemental evidence from a vocational expert at step five of the sequential evaluation in accordance with 20 C.F.R. §§ 404.1566 and 416.966, and Social Security Ruling 00-4p.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

Richard M. Gergel
United States District Judge

July 3, 2014
Columbia, South Carolina.

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

2