## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joey Edward Turner, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:13-2479-RMG |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner | ) | |
| of Social Security Administration, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 32). Plaintiff sought initially an attorney's fee award of $4,359.38, which represented an hourly rate of $187.50 per hour, costs of $7.00 and expenses of $16.00. (Dkt. No. 32-1). Following the filing of this motion, the Court was advised that the parties had reached an agreement to settle the motion on the basis of $4,000 for attorney's fees, $7.00 for costs and $16.00 for expenses. (Dkt. No. 34).

The Court has reviewed the proposed settlement, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates agreed to by the parties are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $4,016.00 for attorney fees and expenses and further approves the payment of $7.00 in costs from the Treasury's Judgment Fund. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has

-1-

executed a proper assignment to her counsel, Defendant is directed to make the payment due

herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper

assignment has been made by Plaintiff to her counsel,   Defendant is directed to make the check

due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

     AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

August 12, 2014
Charleston, South Carolina